

## THE LAW OFFICES OF EVAN STONE
624 W. University Dr. #386 ~ Denton, TX 76201
lawoffice@wolfe-stone.com ~ (469) 248-5238

███████████████

███████

███████████████

On ███████████ you were sent a letter notifying you that a lawsuit was filed against you by ███████████ in the Northern District of Texas. The name of the case is ███ ███████████ and can be identified by the case number: ███████████ The letter you were sent included an explanation of the claims against you and a reasonable settlement offer.

Our records indicate that you have neither settled this matter, nor taken sufficient steps in an attempt to otherwise resolve the matter in or out of court. At this time my client would like to extend a second offer to settle, in the amount of $2,500. If you are interested in this offer, please contact my law office immediately via the information provided at the end of this letter.

If we do not receive a response from you by ███████████████████ we will be forced to proceed against you at trial. Going to trial is a time-consuming and costly endeavor for both you and our client and will likely require us to conduct further discovery (computer inspections, interrogatories and depositions) and move forward with additional legal proceedings (hearings, testimony, arguments, and judgment). We are confident in the strength and veracity of our client's claims against you and are prepared to adjudicate those claims in a federal trial. But due to the sensitive nature of the subject matter involved, we are willing to proceed against you as an anonymous defendant. Please speak to us through your attorney if you wish to remain anonymous throughout the remainder of the legal proceedings.

If you choose not to respond at all, we will have no choice but to name you as a defendant in these proceedings, serve you with a federal summons, and seek the maximum monetary judgment under the applicable laws.

Regards,

*E. F. Stone*

Evan Stone, Esq.
Counsel for Plaintiff,
Lucas Entertainment, Inc.
The Law Offices of Evan Stone
624 W. University Dr, #386
Denton, TX 76201
Office: 469-248-5238
lawoffice@wolfe-stone.com