UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICK HAIG PRODUCTIONS, E.K., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-01900-N |
| | ) | |
| DOES 1-670, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF ATTEMPTED CONFERENCE**

As reflected in the accompanying affidavit, I tried to meet and confer with counsel for plaintiff Evan Stone before filing this motion. However, he was unwilling to speak with me.

Respectfully submitted,

　/s/ Paul Alan Levy
Paul Alan Levy

Public Citizen Litigation Group
1600 - 20th Street NW
Washington, DC 20009
(202) 588-1000
plevy@citizen.org

Attorney for Does 1-670

February 11, 2011