UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICK HAIG PRODUCTIONS, E.K.,    )
    )
    Plaintiff,    )
    )
    v.    )    No. 3:10-cv-01900-N
    )
DOES 1-670,    )
    Defendants.    )

**AFFIDAVIT OF PAUL ALAN LEVY**

    1. My name is Paul Alan Levy. I am one of the attorneys appointed by the Court to serve as attorney ad litem for the Doe defendants.

    2. On January 22, 2011, I received an email from an individual who reported having received a notice from Comcast telling him that his Internet access account had been identified as one of those that were allegedly used in connection with the downloading of plaintiff's movie.

    3. I subsequently spoke with him, obtained a copy of the notice that this individual had received from Comcast, and satisfied myself that he was, in fact, one of my Doe clients in the case. A copy of the letter is attached as Exhibit 1

    4. This Doe told me that he and his wife had learned about the allegation of their involvement with plaintiff's movie for the first time when she opened the notice of subpoena that Comcast had sent them. He told me that he had never seen or been involved with any of plaintiff's "junk," but that they were "terrified" about the prospect of being publicly but falsely accused of having any such involvement.

    5. Later I was contacted by other individuals, or lawyers from other individuals, who had also received notice of subpoena from either Comcast or Verizon.

    6. I contacted a lawyer for Comcast and obtained a copy of the subpoena that Comcast

received from Mr. Stone, along with a cover letter. Mr. Stone's letter and attachments to Comcast are attached as Exhibit 2.

7. I tried to reach Mr. Stone to find out whether he had sent similar subpoenas to other ISP's, whether he had spoken with any of my clients, and whether he had obtained any money from any of my clients. I tried to reach Mr. Stone using both email and the telephone. I was unable to speak with him, and he neither called back nor responded to my emails.

8. Normally, calls to Mr. Stone's office reach a recording. On one occasion, a woman from Mr.. Stone's office returned my call, identifying herself as Mr. Stone's assistant. I asked to speak to Mr. Stone himself, in part because she was not identified on the docket as being counsel for plaintiff, indeed, Mr, Stone's web site does not indicate that there are any other lawyers in his office. Moreover, I believed that it was Mr. Stone himself who would have the information I wanted, and who could be able to negotiate about a resolution of our concerns. However, she refused to let me speak to Mr. Stone.

9. On January 26, 2011, I sent Mr. Stone a letter, a copy of which is attached as Exhibit 3.

10. Two days later, Mr. Stone dismissed this action with prejudice.

11. I continued to try to reach Mr. Stone, both by telephone and by email, to ask for answers to the questions I had posed in Exhibit 3. I have still not received any such answers.

12. The only response that I received to these efforts to reach Mr. Stone was an email that he sent me on January 29, 2011. A copy of that email is attached as Exhibit 4.

13. I attached as Exhibit 5 a Notice of Subpoena from Verizon sent to me by one of the Does.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2011.

    /s/ Paul Alan Levy

-2-



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

January 19, 2011

**_Personal and Confidential_**

Re:     *Mick Haig Productions, e.K. v. Does 1-670*
        United States District Court for the Northern District of Texas
        Docket No.: 3:10-cv-01900-N
        Order Entered: October 21, 2010
        Comcast File #:  208315

Dear

     Mick Haig Productions, e.K. filed a lawsuit in the United States District Court for the Northern District of Texas. You have been identified via your assigned Internet Protocol address in this lawsuit for allegedly infringing Mick Haig Productions, e.K.'s copyrights on the Internet by uploading and/or downloading a movie using a computer assigned the Internet Protocol address 24.218.183.18 on 8/03/2010 16:41 GMT.  The Court has ordered Comcast to supply your name and address and other information to Mick Haig Productions, e.K. in the lawsuit referenced above and in the accompanying Subpoena, which is attached. Your case has been assigned Docket Number 3:10cv-01900-N by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately.  Comcast cannot and will not provide any legal advice.

     Comcast will provide your name and address and other information as directed in the Order unless you or your attorney file a motion to quash or vacate the Subpoena <u>no later than February 9, 2011</u>. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **866-947-5587** <u>no later than February 9, 2011</u>. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name and address and other information as directed in the Order to the Plaintiff.

     If you have any questions, you may contact us at **(866) 947-8572.**

Sincerely yours,

Comcast Legal Response Center

Attachments:     Copy of Court Order and accompanying Subpoena regarding civil action

# Levy Affidavit
# Exhibit 1

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Texas |

| Mick Haig Productions, e.K. | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| DOES 1 - 670 | Case Number:[1]  3:10-cv-01900-N |

TO:  Comcast Legal Compliance
650 Centerton Road
Moorestown, NJ 08057
Fax: 866-947-5587

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Information, including name, addresses, telephone numbers, e-mail address and Media Control Addresses, sufficient to identify and contact all persons whose IP addresses are included in the attached spreadsheet. Note that I am happy to provide this list in whatever format is most convenient for you.

| PLACE     Evan Stone, Esq.
624 W. University Dr., #386, Denton, TX 76201 | DATE AND TIME
12/23/2010 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| *E.F. Stone*          Counsel for Plaintiff | 10/22/10 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Evan Stone,                                     lawoffice@wolfe-stone.com
624, W. University Dr., #386, Denton, TX 76201      469-248-5238

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

| Doe 112 | 24.14.198.40 | 6/21/2010 20:33 | BitTorrent 6.4.0 |
| Doe 113 | 24.15.96.140 | 9/18/2010 08:00 | uTorrent 2.0.4.0 |
| Doe 114 | 24.16.18.78 | 7/21/2010 09:49 | uTorrent 1.8.4.0 |
| Doe 122 | 24.17.175.95 | 7/02/2010 07:51 | uTorrent 1.8.5.0 |
| Doe 129 | 24.18.132.157 | 9/10/2010 11:03 | BitTorrent 6.4.0 |
| Doe 130 | 24.18.135.174 | 7/29/2010 09:38 | uTorrent 2.0.2.0 |
| Doe 131 | 24.18.4.97 | 7/06/2010 23:54 | uTorrent 2.0.2.0 |
| Doe 132 | 24.18.76.156 | 5/30/2010 20:18 | Azureus 4.4.0.4 |
| Doe 135 | 24.2.106.163 | 6/17/2010 17:53 | Azureus 2.4.0.0 |
| Doe 136 | 24.2.67.102 | 6/02/2010 11:57 | BitTorrent 6.4.0 |
| Doe 137 | 24.20.16.118 | 6/12/2010 06:29 | Transmission 1.9.3.X |
| Doe 138 | 24.20.39.118 | 7/27/2010 06:38 | BitTorrent 6.4.0 |
| Doe 143 | 24.21.170.136 | 6/10/2010 20:17 | uTorrent 2.0.2.0 |
| Doe 144 | 24.21.26.86 | 8/08/2010 22:32 | Azureus 4.4.0.4 |
| Doe 146 | 24.218.183.18 | 8/03/2010 16:41 | uTorrent 2.0.2.0 |
| Doe 147 | 24.22.20.17 | 6/17/2010 02:25 | uTorrent 2.0.2.0 |
| Doe 148 | 24.22.31.3 | 6/21/2010 03:35 | BitTorrent 6.4.0 |
| Doe 149 | 24.22.64.218 | 8/23/2010 05:23 | Transmission 1.9.3.0 |
| Doe 153 | 24.245.60.87 | 6/01/2010 14:21 | BitTorrent 6.3.0 |
| Doe 155 | 24.30.107.179 | 6/30/2010 22:07 | BitTorrent 6.4.0 |
| Doe 158 | 24.6.165.165 | 6/02/2010 19:06 | uTorrent 2.0.2.0 |
| Doe 159 | 24.60.107.79 | 5/30/2010 13:45 | uTorrent 2.0.2.0 |
| Doe 160 | 24.60.126.32 | 5/30/2010 23:40 | BitTorrent 6.4.0 |
| Doe 161 | 24.61.253.53 | 6/23/2010 14:56 | BitTorrent 6.4.0 |
| Doe 162 | 24.63.105.143 | 6/01/2010 11:10 | uTorrent 2.0.2.0 |
| Doe 164 | 24.8.248.228 | 8/25/2010 19:41 | BitTorrent 6.4.0 |
| Doe 165 | 24.8.9.211 | 5/30/2010 20:44 | BitTorrent 6.3.0 |
| Doe 167 | 24.99.96.254 | 6/14/2010 20:37 | Azureus 4.4.0.4 |
| Doe 178 | 65.34.174.17 | 6/10/2010 23:20 | BitTorrent 6.4.0 |
| Doe 179 | 65.96.156.129 | 5/31/2010 22:18 | Azureus 4.4.0.4 |
| Doe 182 | 66.177.130.21 | 8/11/2010 02:20 | Azureus 4.4.0.4 |
| Doe 183 | 66.177.14.46 | 7/29/2010 08:03 | uTorrent 2.0.2.0 |
| Doe 184 | 66.177.233.6 | 7/13/2010 02:28 | BitTorrent 6.4.0 |
| Doe 189 | 66.229.154.78 | 8/17/2010 16:18 | Azureus 4.5.0.2 |
| Doe 191 | 66.30.63.231 | 6/11/2010 20:24 | Azureus 4.4.0.4 |
| Doe 192 | 66.31.101.160 | 7/04/2010 21:03 | Azureus 4.4.0.4 |
| Doe 193 | 66.31.27.197 | 7/10/2010 08:52 | Azureus 4.4.0.4 |
| Doe 194 | 66.41.111.33 | 7/11/2010 00:22 | Azureus 4.4.0.6 |
| Doe 195 | 66.41.209.25 | 6/20/2010 07:55 | BitTorrent 6.2.0 |
| Doe 196 | 66.41.246.223 | 7/12/2010 11:27 | Azureus 4.4.0.4 |
| Doe 210 | 67.160.167.126 | 7/10/2010 23:26 | uTorrent 2.0.2.0 |
| Doe 211 | 67.160.172.50 | 7/03/2010 07:05 | uTorrent 2.0.2.0 |
| Doe 212 | 67.160.195.143 | 7/16/2010 16:12 | BitTorrent 6.4.0 |
| Doe 213 | 67.161.175.38 | 6/11/2010 05:45 | uTorrent 2.0.2.0 |
| Doe 214 | 67.161.92.231 | 6/01/2010 09:25 | uTorrent 2.0.2.0 |
| Doe 215 | 67.162.184.242 | 6/16/2010 18:21 | BitTorrent 6.4.0 |
| Doe 216 | 67.166.89.228 | 9/15/2010 05:41 | BitComet 0.1.1.8 |
| Doe 217 | 67.169.195.124 | 6/19/2010 15:44 | BitTorrent 6.4.0 |

Fax sent by   :                    COMCAST LRC                    10-25-10 11:47    Pg: 10/10
10/22/10 05:33PM CDT '31076612U1' -> 86694/6687                              Pg10/10

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICK HAIG PRODUCTIONS, E.K., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1900-N |
| | § | |
| DOES 1-670, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses matters related to Mick Haig Productions, E.K.'s, ("Mick Haig")

motion for leave to take discovery prior to Rule 26(f) conference (the "Discovery Motion")

[2]. The Court orders the internet service providers ("ISPs") listed in Exhibit A to this Order

to preserve existing activity records for each Internet Protocol ("IP") address listed in Exhibit

B to this Order pending resolution of the Discovery Motion. The ISPs are required to retain

activity records only for the specific date and time logged for each IP address, and then only

to the extent necessary to identify each Doe defendant's name, address, telephone number,

e-mail address, and Media Access Control address. Plaintiff Mick Haig is directed to serve

a copy of this Order on each affected ISP. The ISPs have thirty (30) days from the date of

this Order to respond to the Discovery Motion, if they desire to do so.

Signed October 21, 2010.

David C. Godbey
United States District Judge

ORDER – PAGE 1

 **THE LAW OFFICES OF EVAN STONE**

624 W. University Dr., #386 ~ Denton, TX 76201
lawoffice@wolfe-stone.com ~ 469-248-5238

Comcast Legal Compliance
650 Centerton Road
Moorestown, NJ 08057
Fax: 866-947-5587

RE: Civil Subpoena, case no. 3:10-cv-01900-N

Custodian of Records,

Attached is a civil subpoena requesting the production of records regarding customers who used your internet service for the unauthorized reproduction and distribution of my client's copyrighted motion picture.

Also attached is a signed Order from the U.S. Federal Court for the Northern District of Texas regarding discovery and preservation of records in this matter.

Please notify me immediately if this list can be sent in a more convenient format.

Regards,

*E. F. Stone*

Evan Stone, Esq.
Counsel for Plaintiff,
Lucas Entertainment, Inc.
469-248-5238
lawoffice@wolfe-stone.com

Levy Affidavit
Exhibit 2

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

Northern                    **DISTRICT OF**                    Texas

Mick Haig Productions, e.K.

**SUBPOENA IN A CIVIL CASE**

v.

DOES 1 - 670

Case Number:[1]   3:10-cv-01900-N

TO:   Comcast Legal Compliance
650 Centerton Road
Moorestown, NJ 08057
Fax: 866-947-5587

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Information, including name, addresses, telephone numbers, e-mail address and Media Control Addresses, sufficient to identify and contact all persons whose IP addresses are included in the attached spreadsheet. Note that I am happy to provide this list in whatever format is most convenient for you.

| PLACE | Evan Stone, Esq.<br>624 W. University Dr., #386, Denton, TX 76201 | DATE AND TIME<br>12/23/2010 |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *E. F. Stone*   Counsel for Plaintiff | 10/22/10 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**Evan Stone,**                                          lawoffice@wolfe-stone.com
**624. W. University Dr., #386, Denton, TX 76201**      **469-248-5238**

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**List of Does**

| Defendant | Host IP | Date/Time (GMT) | Software |
|---|---|---|---|
| Doe 50 | 174.48.95.138 | 8/20/2010 22:39 | BitTornado 0.3.H |
| Doe 51 | 174.49.190.72 | 5/30/2010 12:48 | BitTorrent 6.4.0 |
| Doe 52 | 174.49.232.118 | 8/05/2010 02:39 | BitTorrent 6.4.0 |
| Doe 53 | 174.49.60.79 | 7/17/2010 08:13 | µTorrent 2.0.2.0 |
| Doe 54 | 174.51.26.133 | 6/21/2010 06:15 | qBittorrent 2.2.5.0 |
| Doe 55 | 174.51.34.192 | 6/26/2010 04:25 | BitTorrent 6.3.0 |
| Doe 56 | 174.52.165.250 | 7/28/2010 17:51 | BitTorrent 6.4.0 |
| Doe 57 | 174.52.249.111 | 9/20/2010 16:15 | Azureus 4.5.0.2 |
| Doe 58 | 174.52.64.66 | 6/03/2010 00:20 | µTorrent 2.0.2.0 |
| Doe 59 | 174.52.81.239 | 6/06/2010 20:10 | BitTorrent 6.4.0 |
| Doe 60 | 174.53.130.214 | 6/02/2010 01:19 | µTorrent 2.0.2.0 |
| Doe 61 | 174.54.110.59 | 7/29/2010 09:08 | libtorrent 0.E.0.0 |
| Doe 62 | 174.55.185.156 | 9/20/2010 00:35 | BitTorrent 7.0.0 |
| Doe 63 | 174.55.190.148 | 9/20/2010 23:51 | BitTorrent 7.0.0 |
| Doe 64 | 174.55.234.230 | 6/17/2010 20:53 | BitTorrent 6.0.2 |
| Doe 65 | 174.57.219.173 | 6/02/2010 23:01 | µTorrent 2.0.1.0 |
| Doe 66 | 174.58.203.233 | 5/30/2010 16:22 | µTorrent 2.0.2.0 |
| Doe 67 | 174.59.180.14 | 6/21/2010 23:40 | Unknown client |
| Doe 68 | 174.59.47.223 | 5/31/2010 03:51 | Azureus 4.4.0.4 |
| Doe 86 | 24.0.230.189 | 5/30/2010 18:23 | µTorrent 2.0.2.0 |
| Doe 87 | 24.0.52.215 | 9/14/2010 20:46 | µTorrent 2.0.4.0 |
| Doe 88 | 24.1.250.251 | 8/14/2010 00:31 | BitTorrent 6.4.0 |
| Doe 89 | 24.1.31.123 | 7/07/2010 22:25 | µTorrent 1.8.4.0 |
| Doe 90 | 24.1.7.155 | 8/31/2010 00:10 | BitTorrent 6.4.0 |
| Doe 91 | 24.10.105.101 | 7/31/2010 18:48 | BitTorrent 6.4.0 |
| Doe 92 | 24.10.93.40 | 8/22/2010 19:24 | Azureus 4.5.0.2 |
| Doe 93 | 24.11.132.113 | 7/21/2010 20:23 | µTorrent 2.0.2.0 |
| Doe 94 | 24.118.162.141 | 8/23/2010 23:57 | DelugeTorrent 1.2.2.0 |
| Doe 95 | 24.118.29.88 | 7/20/2010 03:24 | µTorrent 2.0.2.0 |
| Doe 96 | 24.12.158.152 | 6/27/2010 12:42 | µTorrent 1.8.5.0 |
| Doe 97 | 24.12.200.201 | 6/22/2010 11:35 | µTorrent 1.8.2.0 |
| Doe 98 | 24.12.96.197 | 7/04/2010 06:35 | µTorrent 2.0.2.0 |
| Doe 99 | 24.125.160.59 | 7/09/2010 01:48 | µTorrent 2.0.2.0 |
| Doe 100 | 24.127.238.232 | 6/18/2010 01:52 | µTorrent 2.0.2.0 |
| Doe 101 | 24.127.24.183 | 6/12/2010 15:17 | µTorrent 2.0.2.0 |
| Doe 102 | 24.127.86.99 | 6/24/2010 17:36 | BitTorrent 6.3.0 |
| Doe 103 | 24.128.153.58 | 7/28/2010 12:38 | Azureus 4.4.0.6 |
| Doe 104 | 24.128.155.188 | 8/10/2010 02:58 | Azureus 4.4.0.6 |
| Doe 105 | 24.129.26.2 | 6/21/2010 17:13 | µTorrent 2.0.2.0 |
| Doe 106 | 24.13.1.92 | 6/28/2010 18:57 | BitTorrent 6.4.0 |
| Doe 107 | 24.13.86.102 | 7/03/2010 18:17 | µTorrent 2.0.2.0 |
| Doe 108 | 24.130.49.39 | 7/18/2010 18:51 | Unknown client |
| Doe 109 | 24.131.93.146 | 6/28/2010 14:20 | µTorrent 2.0.0.0 |
| Doe 110 | 24.131.94.216 | 7/28/2010 22:55 | µTorrent 2.0.0.0 |
| Doe 111 | 24.14.151.137 | 6/23/2010 17:01 | BitTorrent 6.1.2 |

| Doe 112 | 24.14.198.40 | 6/21/2010 20:33 | BitTorrent 6.4.0 |
| Doe 113 | 24.15.96.140 | 9/18/2010 08:00 | µTorrent 2.0.4.0 |
| Doe 114 | 24.16.18.78 | 7/21/2010 09:49 | µTorrent 1.8.4.0 |
| Doe 122 | 24.17.175.95 | 7/02/2010 07:51 | µTorrent 1.8.5.0 |
| Doe 129 | 24.18.132.157 | 9/10/2010 11:03 | BitTorrent 6.4.0 |
| Doe 130 | 24.18.135.174 | 7/29/2010 09:38 | µTorrent 2.0.2.0 |
| Doe 131 | 24.18.4.97 | 7/06/2010 23:54 | µTorrent 2.0.2.0 |
| Doe 132 | 24.18.76.156 | 5/30/2010 20:18 | Azureus 4.4.0.4 |
| Doe 135 | 24.2.106.163 | 6/17/2010 17:53 | Azureus 2.4.0.0 |
| Doe 136 | 24.2.67.102 | 6/02/2010 11:57 | BitTorrent 6.4.0 |
| Doe 137 | 24.20.16.118 | 6/12/2010 06:29 | Transmission 1.9.3.X |
| Doe 138 | 24.20.39.118 | 7/27/2010 06:38 | BitTorrent 6.4.0 |
| Doe 143 | 24.21.170.136 | 6/10/2010 20:17 | µTorrent 2.0.2.0 |
| Doe 144 | 24.21.26.86 | 8/08/2010 22:32 | Azureus 4.4.0.4 |
| Doe 146 | 24.218.183.18 | 8/03/2010 16:41 | µTorrent 2.0.2.0 |
| Doe 147 | 24.22.20.17 | 6/12/2010 02:25 | µTorrent 2.0.2.0 |
| Doe 148 | 24.22.31.3 | 6/21/2010 03:35 | BitTorrent 6.4.0 |
| Doe 149 | 24.22.64.218 | 8/23/2010 05:23 | Transmission 1.9.3.0 |
| Doe 153 | 24.245.60.87 | 6/01/2010 14:21 | BitTorrent 6.3.0 |
| Doe 155 | 24.30.107.179 | 6/30/2010 22:07 | BitTorrent 6.4.0 |
| Doe 158 | 24.6.165.165 | 6/02/2010 19:06 | µTorrent 2.0.2.0 |
| Doe 159 | 24.60.107.79 | 5/30/2010 13:45 | µTorrent 2.0.2.0 |
| Doe 160 | 24.60.126.32 | 5/30/2010 23:40 | BitTorrent 6.4.0 |
| Doe 161 | 24.61.253.53 | 6/23/2010 14:56 | BitTorrent 6.4.0 |
| Doe 162 | 24.63.105.143 | 6/01/2010 11:10 | µTorrent 2.0.2.0 |
| Doe 164 | 24.8.248.228 | 8/25/2010 19:41 | BitTorrent 6.4.0 |
| Doe 165 | 24.8.9.211 | 5/30/2010 20:44 | BitTorrent 6.3.0 |
| Doe 167 | 24.99.96.254 | 6/14/2010 20:37 | Azureus 4.4.0.4 |
| Doe 178 | 65.34.174.17 | 6/10/2010 23:20 | BitTorrent 6.4.0 |
| Doe 179 | 65.96.156.129 | 5/31/2010 22:18 | Azureus 4.4.0.4 |
| Doe 182 | 66.177.130.21 | 8/11/2010 02:20 | Azureus 4.4.0.4 |
| Doe 183 | 66.177.14.46 | 7/29/2010 08:03 | µTorrent 2.0.2.0 |
| Doe 184 | 66.177.233.6 | 7/13/2010 02:28 | BitTorrent 6.4.0 |
| Doe 189 | 66.229.154.78 | 8/17/2010 16:18 | Azureus 4.5.0.2 |
| Doe 191 | 66.30.63.231 | 6/11/2010 20:24 | Azureus 4.4.0.4 |
| Doe 192 | 66.31.101.160 | 7/04/2010 21:03 | Azureus 4.4.0.4 |
| Doe 193 | 66.31.27.197 | 7/10/2010 08:52 | Azureus 4.4.0.4 |
| Doe 194 | 66.41.111.33 | 7/11/2010 00:22 | Azureus 4.4.0.6 |
| Doe 195 | 66.41.209.25 | 6/20/2010 07:55 | BitTorrent 6.2.0 |
| Doe 196 | 66.41.246.223 | 7/12/2010 11:27 | Azureus 4.4.0.4 |
| Doe 210 | 67.160.167.126 | 7/10/2010 23:26 | µTorrent 2.0.2.0 |
| Doe 211 | 67.160.172.50 | 7/03/2010 07:05 | µTorrent 2.0.2.0 |
| Doe 212 | 67.160.195.143 | 7/16/2010 16:12 | BitTorrent 6.4.0 |
| Doe 213 | 67.161.175.38 | 6/11/2010 05:45 | µTorrent 2.0.2.0 |
| Doe 214 | 67.161.92.231 | 6/01/2010 09:25 | µTorrent 2.0.2.0 |
| Doe 215 | 67.162.184.242 | 6/16/2010 18:21 | BitTorrent 6.4.0 |
| Doe 216 | 67.166.89.228 | 9/15/2010 05:41 | BitComet 0.1.1.8 |
| Doe 217 | 67.169.195.124 | 6/19/2010 15:44 | BitTorrent 6.4.0 |

| Doe 218 | 67.171.10.26 | 8/19/2010 02:12 | BitTorrent 7.0.0 |
| Doe 219 | 67.171.139.47 | 7/16/2010 18:46 | Azureus 4.4.0.6 |
| Doe 220 | 67.171.38.176 | 6/17/2010 22:01 | µTorrent 2.0.2.0 |
| Doe 221 | 67.173.41.124 | 5/30/2010 12:44 | Azureus 4.4.0.4 |
| Doe 222 | 67.175.37.191 | 7/03/2010 10:21 | Azureus 4.4.0.4 |
| Doe 223 | 67.176.101.199 | 5/30/2010 15:39 | libtorrent 0.E.0.0 |
| Doe 224 | 67.177.105.233 | 8/14/2010 02:26 | BitTorrent 6.4.0 |
| Doe 225 | 67.181.22.240 | 6/04/2010 19:10 | Azureus 4.4.0.4 |
| Doe 226 | 67.182.231.231 | 7/12/2010 00:42 | BitTorrent 6.4.0 |
| Doe 227 | 67.183.117.222 | 6/02/2010 15:45 | µTorrent 2.0.2.0 |
| Doe 228 | 67.183.137.198 | 7/26/2010 05:14 | µTorrent 1.8.5.0 |
| Doe 229 | 67.183.222.213 | 7/16/2010 20:27 | BitTorrent 6.4.0 |
| Doe 230 | 67.183.225.113 | 7/26/2010 17:27 | µTorrent 2.0.2.0 |
| Doe 231 | 67.183.240.152 | 8/11/2010 13:06 | µTorrent 2.0.2.0 |
| Doe 232 | 67.184.124.235 | 9/02/2010 03:20 | Azureus 4.5.0.2 |
| Doe 233 | 67.184.193.186 | 8/04/2010 22:55 | µTorrent 2.0.2.0 |
| Doe 234 | 67.185.118.253 | 7/15/2010 06:25 | µTorrent 2.0.2.0 |
| Doe 235 | 67.185.129.127 | 7/30/2010 05:06 | BitTorrent 6.4.0 |
| Doe 236 | 67.185.131.71 | 6/14/2010 17:44 | µTorrent 2.0.2.0 |
| Doe 237 | 67.188.216.137 | 8/24/2010 04:13 | Azureus 4.5.0.2 |
| Doe 238 | 67.188.68.21 | 6/05/2010 05:23 | µTorrent 2.0.2.0 |
| Doe 272 | 68.33.154.17 | 6/09/2010 15:49 | BitTorrent 6.4.0 |
| Doe 273 | 68.34.157.38 | 7/07/2010 23:32 | Azureus 4.4.0.4 |
| Doe 274 | 68.36.178.70 | 6/07/2010 22:14 | Azureus 4.4.0.4 |
| Doe 275 | 68.38.40.200 | 6/19/2010 15:27 | Azureus 4.4.0.6 |
| Doe 276 | 68.39.86.237 | 6/09/2010 23:53 | µTorrent 2.0.2.0 |
| Doe 278 | 68.40.142.22 | 5/30/2010 10:31 | libtorrent 0.E.0.0 |
| Doe 279 | 68.40.148.25 | 7/13/2010 03:24 | µTorrent 2.0.2.0 |
| Doe 280 | 68.40.208.127 | 6/11/2010 04:41 | µTorrent 2.0.2.0 |
| Doe 281 | 68.41.70.170 | 6/03/2010 08:37 | Azureus 4.4.0.4 |
| Doe 282 | 68.43.57.228 | 9/05/2010 11:03 | µTorrent 2.0.4.0 |
| Doe 283 | 68.46.70.100 | 7/10/2010 20:50 | Azureus 4.4.0.0 |
| Doe 284 | 68.47.88.100 | 8/24/2010 16:20 | Azureus 4.5.0.2 |
| Doe 285 | 68.48.110.154 | 5/30/2010 16:59 | BitTorrent 6.4.0 |
| Doe 286 | 68.48.33.168 | 8/05/2010 12:37 | µTorrent 2.0.2.0 |
| Doe 287 | 68.52.234.114 | 6/27/2010 04:58 | µTorrent 2.0.2.0 |
| Doe 288 | 68.53.153.160 | 5/31/2010 03:13 | Azureus 4.4.0.4 |
| Doe 289 | 68.53.247.143 | 8/30/2010 16:51 | Azureus 4.5.0.2 |
| Doe 290 | 68.54.105.203 | 7/03/2010 05:32 | BitTorrent 6.4.0 |
| Doe 291 | 68.54.156.37 | 7/12/2010 06:14 | BitTorrent 6.4.0 |
| Doe 292 | 68.55.178.6 | 8/14/2010 02:38 | µTorrent 2.0.2.0 |
| Doe 293 | 68.58.240.118 | 6/27/2010 01:35 | Azureus 4.4.0.4 |
| Doe 294 | 68.58.85.42 | 5/31/2010 05:18 | libtorrent 0.E.0.0 |
| Doe 295 | 68.62.243.37 | 8/14/2010 15:26 | µTorrent 2.0.2.0 |
| Doe 297 | 68.80.106.29 | 7/15/2010 23:32 | µTorrent 1.8.4.0 |
| Doe 299 | 69.136.150.43 | 7/27/2010 12:07 | BitTorrent 6.4.0 |
| Doe 300 | 69.136.35.99 | 6/12/2010 21:53 | BitTorrent 6.4.0 |
| Doe 301 | 69.139.228.131 | 6/07/2010 22:13 | BitTorrent 6.4.0 |

| Doe 304 | 69.141.49.75 | 7/18/2010 18:11 | Azureus 4.4.0.4 |
| Doe 305 | 69.141.66.136 | 5/31/2010 02:39 | Azureus 4.4.0.4 |
| Doe 308 | 69.181.252.143 | 7/29/2010 18:12 | µTorrent 2.0.3.0 |
| Doe 311 | 69.242.193.11 | 8/02/2010 23:34 | Unknown client |
| Doe 312 | 69.243.176.100 | 8/01/2010 22:36 | µTorrent 1.8.4.0 |
| Doe 313 | 69.244.186.221 | 8/11/2010 04:10 | Unknown client |
| Doe 314 | 69.244.188.252 | 6/11/2010 00:58 | µTorrent 2.0.0.0 |
| Doe 315 | 69.244.220.207 | 6/13/2010 22:28 | Azureus 4.4.0.4 |
| Doe 316 | 69.244.238.22 | 6/28/2010 04:27 | Azureus 4.4.0.4 |
| Doe 317 | 69.245.78.108 | 6/26/2010 08:11 | µTorrent 2.0.2.0 |
| Doe 318 | 69.246.175.175 | 6/12/2010 20:54 | µTorrent 2.0.1.0 |
| Doe 319 | 69.247.11.224 | 6/01/2010 14:17 | µTorrent 2.0.2.0 |
| Doe 320 | 69.255.164.169 | 7/07/2010 19:04 | BitTorrent 6.4.0 |
| Doe 354 | 71.192.234.246 | 6/09/2010 07:18 | µTorrent 2.0.1.0 |
| Doe 355 | 71.192.99.223 | 6/26/2010 16:06 | Azureus 4.4.0.4 |
| Doe 356 | 71.193.41.6 | 6/18/2010 13:27 | BitTorrent 6.4.0 |
| Doe 357 | 71.194.191.243 | 8/11/2010 12:18 | µTorrent 2.0.2.0 |
| Doe 358 | 71.196.220.99 | 7/01/2010 02:03 | Enhanced CTorrent 0.3.0.3 |
| Doe 359 | 71.197.59.92 | 6/01/2010 07:58 | libtorrent 0.E.0.0 |
| Doe 360 | 71.200.40.117 | 6/09/2010 09:18 | Azureus 4.4.0.4 |
| Doe 361 | 71.204.214.241 | 8/09/2010 22:37 | Azureus 4.4.0.4 |
| Doe 362 | 71.206.121.5 | 6/14/2010 23:49 | BitTorrent 6.4.0 |
| Doe 363 | 71.207.33.98 | 8/27/2010 19:17 | µTorrent 2.0.4.0 |
| Doe 366 | 71.226.31.66 | 6/13/2010 15:03 | Azureus 4.4.0.4 |
| Doe 367 | 71.227.100.192 | 5/31/2010 06:00 | Xtorrent 1.1.5.3 |
| Doe 368 | 71.228.124.38 | 6/20/2010 19:01 | Azureus 4.4.0.4 |
| Doe 369 | 71.229.19.239 | 9/11/2010 23:00 | µTorrent 2.0.2.0 |
| Doe 370 | 71.233.106.111 | 6/20/2010 11:47 | µTorrent 2.0.3.B |
| Doe 371 | 71.237.12.59 | 6/19/2010 04:18 | Azureus 4.4.0.4 |
| Doe 372 | 71.237.154.224 | 6/11/2010 04:37 | µTorrent 2.0.2.0 |
| Doe 373 | 71.237.89.32 | 8/09/2010 04:02 | Transmission 1.7.5.0 |
| Doe 374 | 71.238.9.128 | 6/05/2010 14:20 | µTorrent 2.0.2.0 |
| Doe 375 | 71.239.179.16 | 6/05/2010 16:33 | Azureus 4.4.0.4 |
| Doe 376 | 71.239.248.82 | 7/10/2010 23:32 | BitTorrent 6.4.0 |
| Doe 379 | 71.56.129.158 | 9/04/2010 11:45 | Azureus 4.5.0.2 |
| Doe 380 | 71.61.74.112 | 9/20/2010 11:23 | µTorrent 2.0.2.0 |
| Doe 381 | 71.62.222.116 | 5/30/2010 14:02 | BitTorrent 6.4.0 |
| Doe 382 | 71.62.29.96 | 8/03/2010 01:20 | Azureus 4.4.0.4 |
| Doe 466 | 75.65.17.72 | 6/09/2010 11:30 | Azureus 4.4.0.4 |
| Doe 467 | 75.68.52.36 | 6/13/2010 15:47 | µTorrent 2.0.2.0 |
| Doe 468 | 75.70.42.117 | 7/24/2010 16:15 | µTorrent 2.0.2.0 |
| Doe 469 | 75.71.105.195 | 7/05/2010 02:48 | BitTorrent 6.4.0 |
| Doe 470 | 75.71.126.22 | 7/16/2010 14:21 | Azureus 4.4.0.6 |
| Doe 471 | 75.72.134.147 | 5/31/2010 02:32 | µTorrent 2.0.2.0 |
| Doe 472 | 75.73.182.129 | 8/31/2010 08:51 | BitTorrent 7.0.0 |
| Doe 473 | 75.74.116.8 | 6/10/2010 17:39 | BitTorrent 6.4.0 |
| Doe 475 | 76.100.18.59 | 6/10/2010 04:15 | Azureus 4.4.0.4 |
| Doe 476 | 76.100.24.56 | 7/17/2010 20:52 | Azureus 4.4.0.6 |

| | | | |
|---|---|---|---|
| Doe 477 | 76.104.191.187 | 6/12/2010 19:07 | µTorrent 2.0.0.0 |
| Doe 478 | 76.104.229.33 | 7/15/2010 08:34 | µTorrent 1.8.5.0 |
| Doe 479 | 76.105.238.11 | 6/01/2010 18:05 | µTorrent 1.9.0.B |
| Doe 480 | 76.106.196.57 | 8/18/2010 21:53 | µTorrent 2.0.2.0 |
| Doe 481 | 76.106.239.171 | 7/15/2010 02:26 | Azureus 4.4.0.4 |
| Doe 482 | 76.107.220.54 | 6/01/2010 23:55 | µTorrent 2.0.2.0 |
| Doe 483 | 76.107.50.230 | 9/16/2010 04:22 | µTorrent 2.0.0.0 |
| Doe 484 | 76.111.221.241 | 8/30/2010 21:06 | BitTorrent 7.0.0 |
| Doe 485 | 76.111.87.132 | 6/20/2010 03:11 | BitTornado 0.3.H |
| Doe 486 | 76.118.120.16 | 8/28/2010 08:02 | Azureus 4.5.0.2 |
| Doe 487 | 76.119.45.223 | 6/13/2010 08:56 | Azureus 4.4.0.4 |
| Doe 488 | 76.120.217.222 | 8/02/2010 22:18 | µTorrent 2.0.2.0 |
| Doe 489 | 76.120.94.142 | 8/11/2010 07:17 | BitComet 0.1.0.7 |
| Doe 490 | 76.122.201.37 | 8/20/2010 14:29 | BitTorrent 6.4.0 |
| Doe 491 | 76.122.8.24 | 6/11/2010 22:45 | Unknown client |
| Doe 492 | 76.123.138.186 | 6/01/2010 23:56 | Azureus 4.4.0.4 |
| Doe 493 | 76.124.233.94 | 8/16/2010 03:14 | Azureus 4.4.0.4 |
| Doe 494 | 76.125.145.231 | 6/06/2010 19:12 | µTorrent 2.0.2.0 |
| Doe 495 | 76.125.195.175 | 6/20/2010 04:32 | LimeWire 0.0.0.2 |
| Doe 496 | 76.126.168.141 | 6/02/2010 10:21 | Azureus 4.4.0.4 |
| Doe 497 | 76.127.244.58 | 5/31/2010 02:43 | µTorrent 2.0.2.0 |
| Doe 498 | 76.127.250.45 | 7/17/2010 14:12 | µTorrent 2.0.2.0 |
| Doe 508 | 76.19.25.217 | 9/18/2010 19:36 | Azureus 4.5.0.4 |
| Doe 510 | 76.23.117.115 | 8/12/2010 00:21 | Azureus 4.5.0.2 |
| Doe 511 | 76.23.206.175 | 8/04/2010 01:56 | µTorrent 2.0.2.0 |
| Doe 512 | 76.24.35.104 | 6/14/2010 17:47 | Azureus 4.4.0.4 |
| Doe 513 | 76.24.66.202 | 9/18/2010 07:53 | µTorrent 2.0.3.0 |
| Doe 514 | 76.25.239.139 | 8/23/2010 20:30 | Azureus 4.4.1.0 |
| Doe 515 | 76.26.18.73 | 6/13/2010 12:15 | BitTorrent 6.4.0 |
| Doe 516 | 76.26.93.11 | 6/18/2010 13:53 | BitTorrent 6.4.0 |
| Doe 517 | 76.27.49.157 | 6/15/2010 08:01 | Azureus 4.4.0.4 |
| Doe 518 | 76.28.11.28 | 5/31/2010 02:29 | µTorrent 2.0.2.0 |
| Doe 519 | 76.28.153.176 | 6/05/2010 20:46 | µTorrent 2.0.2.0 |
| Doe 520 | 76.28.191.137 | 8/29/2010 15:17 | µTorrent 2.0.4.0 |
| Doe 521 | 76.30.169.204 | 6/01/2010 10:04 | DelugeTorrent 0.9.2.0 |
| Doe 522 | 76.31.117.235 | 8/12/2010 14:37 | Azureus 4.4.0.4 |
| Doe 523 | 76.31.243.149 | 6/03/2010 07:10 | BitComet 0.1.2.0 |
| Doe 536 | 76.97.153.227 | 8/06/2010 01:20 | µTorrent 2.0.2.0 |
| Doe 537 | 76.97.213.3 | 7/20/2010 03:59 | µTorrent 2.0.2.0 |
| Doe 538 | 76.99.136.144 | 7/01/2010 09:19 | Azureus 4.4.0.4 |
| Doe 539 | 76.99.33.96 | 6/23/2010 07:01 | Azureus 4.4.0.4 |
| Doe 600 | 98.192.168.229 | 6/10/2010 23:45 | µTorrent 1.8.5.0 |
| Doe 601 | 98.193.130.195 | 7/07/2010 06:05 | Azureus 4.4.0.4 |
| Doe 602 | 98.193.207.137 | 7/02/2010 10:44 | µTorrent 2.0.2.0 |
| Doe 603 | 98.196.241.27 | 7/19/2010 08:38 | µTorrent 2.0.0.0 |
| Doe 604 | 98.196.35.161 | 5/31/2010 13:36 | µTorrent 2.0.2.0 |
| Doe 606 | 98.200.58.97 | 7/28/2010 21:06 | Azureus 4.4.0.4 |
| Doe 607 | 98.200.60.131 | 8/14/2010 18:16 | Azureus 4.4.0.6 |

| Doe 608 | 98.202.176.226 | 6/13/2010 21:49 | Azureus 4.4.0.4 |
| Doe 609 | 98.207.104.188 | 7/11/2010 01:30 | µTorrent 2.0.2.0 |
| Doe 610 | 98.207.226.30 | 7/19/2010 12:48 | Unknown client |
| Doe 611 | 98.208.105.96 | 6/23/2010 12:37 | µTorrent 2.0.2.0 |
| Doe 612 | 98.208.187.155 | 7/04/2010 09:33 | µTorrent 2.0.0.0 |
| Doe 613 | 98.208.69.219 | 8/30/2010 00:46 | Azureus 4.5.0.2 |
| Doe 614 | 98.209.228.115 | 8/02/2010 18:00 | µTorrent 2.0.2.0 |
| Doe 615 | 98.211.198.195 | 7/10/2010 04:08 | µTorrent 2.0.2.0 |
| Doe 616 | 98.211.228.44 | 8/11/2010 03:54 | µTorrent 1.8.4.0 |
| Doe 617 | 98.212.130.172 | 6/04/2010 07:47 | µTorrent 1.8.3.0 |
| Doe 618 | 98.213.56.26 | 6/05/2010 12:11 | µTorrent 2.0.2.0 |
| Doe 619 | 98.215.3.123 | 8/14/2010 03:51 | µTorrent 2.0.3.0 |
| Doe 620 | 98.219.0.194 | 6/16/2010 17:35 | µTorrent 2.0.2.0 |
| Doe 621 | 98.221.95.146 | 7/25/2010 15:40 | µTorrent 2.0.2.0 |
| Doe 622 | 98.223.2.227 | 8/03/2010 18:58 | µTorrent 2.0.2.0 |
| Doe 623 | 98.224.173.91 | 8/25/2010 21:21 | µTorrent 2.0.2.0 |
| Doe 624 | 98.224.21.182 | 8/27/2010 20:48 | µTorrent 2.0.4.0 |
| Doe 625 | 98.224.41.175 | 6/01/2010 20:41 | µTorrent 2.0.2.0 |
| Doe 626 | 98.224.45.238 | 6/23/2010 17:11 | BitComet |
| Doe 627 | 98.224.9.193 | 6/01/2010 16:30 | µTorrent 2.0.2.0 |
| Doe 628 | 98.226.119.111 | 5/30/2010 17:32 | BitTorrent 6.4.0 |
| Doe 629 | 98.226.245.188 | 8/27/2010 17:43 | BitTorrent 6.4.0 |
| Doe 630 | 98.226.72.131 | 8/02/2010 07:34 | Azureus 4.3.0.6 |
| Doe 631 | 98.229.3.161 | 7/04/2010 10:44 | Unknown client |
| Doe 632 | 98.230.99.228 | 6/01/2010 00:28 | Azureus 4.3.1.4 |
| Doe 633 | 98.231.3.227 | 6/12/2010 09:19 | Azureus 4.4.0.4 |
| Doe 634 | 98.232.222.233 | 6/18/2010 01:34 | Transmission 1.3.4.0 |
| Doe 635 | 98.232.67.64 | 7/18/2010 07:02 | BitTorrent 6.4.0 |
| Doe 636 | 98.233.176.43 | 6/09/2010 15:55 | µTorrent 2.0.0.0 |
| Doe 637 | 98.233.230.202 | 5/30/2010 22:06 | µTorrent 2.0.2.0 |
| Doe 638 | 98.233.233.129 | 9/02/2010 22:29 | µTorrent 2.0.4.0 |
| Doe 639 | 98.234.188.21 | 8/06/2010 14:34 | µTorrent 2.0.2.0 |
| Doe 640 | 98.235.159.164 | 9/10/2010 01:48 | Azureus 4.5.0.2 |
| Doe 641 | 98.235.22.192 | 6/06/2010 14:11 | Azureus 4.4.0.4 |
| Doe 642 | 98.237.134.16 | 5/31/2010 07:46 | Azureus 4.4.0.4 |
| Doe 643 | 98.237.137.112 | 7/05/2010 22:08 | µTorrent 2.0.2.0 |
| Doe 644 | 98.238.204.25 | 5/31/2010 01:42 | Azureus 4.4.0.0 |
| Doe 645 | 98.238.212.101 | 8/23/2010 06:46 | µTorrent 2.0.3.0 |
| Doe 646 | 98.239.139.252 | 7/06/2010 15:53 | BitTorrent 6.3.0 |
| Doe 647 | 98.239.190.43 | 9/17/2010 05:16 | µTorrent 2.0.4.0 |
| Doe 649 | 98.240.159.235 | 7/29/2010 05:11 | µTorrent 2.0.2.0 |
| Doe 650 | 98.240.45.103 | 6/28/2010 19:28 | KTorrent 3.3.3.0 |
| Doe 651 | 98.242.141.109 | 7/19/2010 05:50 | BitTorrent 6.4.0 |
| Doe 652 | 98.242.61.149 | 7/31/2010 23:14 | BitTorrent 6.1.2 |
| Doe 653 | 98.243.188.9 | 6/08/2010 02:12 | µTorrent 2.0.2.0 |
| Doe 654 | 98.244.118.38 | 6/24/2010 06:48 | µTorrent 2.0.2.0 |
| Doe 655 | 98.244.126.238 | 5/30/2010 20:23 | µTorrent 2.0.2.0 |
| Doe 656 | 98.244.6.67 | 6/02/2010 23:03 | Azureus 4.4.0.4 |

| Doe 657 | 98.245.71.143 | 9/20/2010 01:04 | Azureus 4.5.0.2 |
| Doe 658 | 98.246.178.196 | 7/29/2010 03:56 | µTorrent 2.0.2.0 |
| Doe 659 | 98.247.190.129 | 6/13/2010 19:43 | Ares 4.0.0.0 |
| Doe 660 | 98.247.83.21 | 8/12/2010 06:58 | µTorrent 2.0.2.0 |
| Doe 661 | 98.247.94.250 | 8/12/2010 19:28 | µTorrent 2.0.3.0 |
| Doe 662 | 98.248.123.103 | 6/07/2010 09:12 | BitTorrent 6.4.0 |
| Doe 663 | 98.248.63.225 | 6/09/2010 09:35 | Azureus 4.2.0.8 |
| Doe 664 | 98.248.85.64 | 6/13/2010 02:17 | BitComet 0.1.2.0 |
| Doe 665 | 98.249.25.249 | 7/24/2010 02:41 | BitTorrent 6.4.0 |
| Doe 666 | 98.251.113.24 | 7/04/2010 15:08 | µTorrent 2.0.2.0 |
| Doe 667 | 98.251.2.113 | 5/31/2010 07:27 | BitComet 0.1.2.0 |
| Doe 668 | 98.253.32.244 | 7/06/2010 04:12 | µTorrent 2.0.2.0 |
| Doe 669 | 98.254.35.40 | 9/19/2010 17:50 | libtorrent 0.E.0.0 |
|  |  |  |  |

Case 3:10-cv-01900-N   Document 3   Filed 10/21/10   Page 1 of 22   PageID 35

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICK HAIG PRODUCTIONS, E.K., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1900-N |
| | § | |
| DOES 1-670, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses matters related to Mick Haig Productions, E.K.'s, ("Mick Haig") motion for leave to take discovery prior to Rule 26(f) conference (the "Discovery Motion") [2]. The Court orders the internet service providers ("ISPs") listed in Exhibit A to this Order to preserve existing activity records for each Internet Protocol ("IP") address listed in Exhibit B to this Order pending resolution of the Discovery Motion. The ISPs are required to retain activity records only for the specific date and time logged for each IP address, and then only to the extent necessary to identify each Doe defendant's name, address, telephone number, e-mail address, and Media Access Control address. Plaintiff Mick Haig is directed to serve a copy of this Order on each affected ISP. The ISPs have thirty (30) days from the date of this Order to respond to the Discovery Motion, if they desire to do so.

Signed October 21, 2010.

David C. Godbey
United States District Judge

ORDER – PAGE 1

PUBLIC CITIZEN LITIGATION GROUP

1600 20TH STREET, N.W.

WASHINGTON, D.C. 20009-1001

—

(202) 588-1000

**BY EMAIL (evan@wolfe-stone.com and
lawoffice@wolfe-stone.com) AND
BY OVERNIGHT DELIVERY**[1]

January 26, 2011

Evan Stone, Esquire
624 W. University Drive, #386
Denton, Texas 76201

        **Re:**    *Mick Haig Productions v. Does 1-670*
               No. 3:10-CV-1900-N

Dear Mr. Stone:

      As you know, pursuant to an order of the Court, I have been appointed along with co-counsel Matt Zimmerman and Corynne McSherry as temporary attorneys ad litem for the 670 individuals whom you have sued for, allegedly, making your client's pornographic movie, *Der Gute Onkle*, available for downloading, which you allege violates your client's copyright. After Judge Godbey appointed us as counsel, we filed an opposition to your motion for leave to take early discovery. As of this writing, there has not yet been any ruling on that motion, other than Judge Godbey's order requiring the Internet Service Providers (ISP's) through whom the 670 defendants gain their Internet access to preserve such identifying information as they have.

      I was quite surprised, therefore, to receive from one of our Doe clients a notice from Comcast, telling him that you have subpoenaed his identifying information and that, unless he moved to quash by February 9, Comcast was going to supply you with his name and address. At the beginning of this week, I received similar calls from lawyers who reached out to me on behalf of other Does who received notices of subpoena from Verizon as well as Comcast. One of these lawyers is prepared to defend his client on the merits pro bono if you succeed in obtaining his identity and refile the case in New Jersey, where you have a valid claim for personal jurisdiction against that Doe. However, he recognizes that he cannot do this in Texas, where you have deliberately filed your complaint to put the Does to disadvantage and where he does not have pro bono local counsel.

      Indeed, without revealing the privileged contents of my communications with these clients

---

[1]Because of a snow emergency in DC, the overnight letter will be sent tomorrow.

Levy Affidavit
Exhibit 3

Evan Stone, Esquire
January 26, 2011
page 2

and/or their representatives, the experience of talking with them simply confirmed the concern expressed on our brief that Does are likely to be terrified about the possibility that they could be publicly but falsely identified as being involved with the type of product that you client creates, regardless of whether they actually did so. It is precisely this potential for embarrassment on which you have preyed to get accused defendants to pay you thousands of dollars in settlement.

Inquiring further, I was able to obtain a copy of the subpoena that you sent to Comcast and of your cover letter, which concealed from Comcast the fact that Judge Godbey had never granted you permission to serve subpoenas in the case. Inquiring still further of other major ISP's, we have learned that you have served other subpoenas in the case, that the date required by one of the notices of subpoena for a response to avoid identification is January 31, and that some ISP's have provided you with identifying information.

We are very disturbed by this information. Because the rules of procedure do not allow you to take discovery at this phase of the lawsuit without express judicial permission, the subpoenas that you have issued to the ISP's that we have been able to contact to date essentially misrepresented that discovery was open in the case, and gave you access to information to which you are not entitled. It is, as well, arguably a serious abuse of process that may be independently actionable. Given the fact that your standard practice is to send settlement demand letters to Does once they are identified, we must acknowledge the possibility that you have been communicating with our clients. Yet, because those clients are represented by counsel (until the disposition of the discovery motion), your contacting them directly would be a serious violation of legal ethics, because we have never given you permission to contact our clients.

Moreover, you should be aware from our opposition to your motion for leave to take early discovery that we are making a claim of First Amendment privilege with respect to any information that might lead to the disclosure of our clients' identities, including but not limited to names, mailing addresses, telephone numbers, credit card account information, or IP addresses. However, because you have gone forward despite this claim, by this letter I am re-notifying you of the claim of privilege pursuant to Rules 26(b)(5)(B) and 45(d)(2)(B) of the Federal Rules of Civil Procedure. Both rules provide in relevant part as follows:

> After being notified [of a claim of privilege], a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim.

We trust that you and your client will comply promptly and fully with these obligations. Please inform any relevant third parties of our claim and request that they refrain from making any disclosures of identifying information until the claim is resolved.

Evan Stone, Esquire
January 26, 2011
page 3

I have called you twice to try to confer with you about this violation of our clients' rights, but got only your voicemail. Only your "assistant" has called back, and she told me that I could not speak to you personally. I should much prefer to speak with you personally about this problem, but until you are available in person this letter will have to do.

We intend to seek relief from the Court for your abuse of the discovery procedure, but to decide what remedies are appropriate, we need more information. We need copies of every subpoena that you have issued in the case, along with the cover letters to ISP's, and copies of any other written communications with ISP's; if you have had oral communications with ISP's in the case, we need a complete list of those communications. In addition, if any ISP's have produced information, we need copies of their production. If you have had any written or oral communications with any of the Does, we need a complete accounting of all of those communications. And if any of our clients have made any payments to you, we need to know how much each has paid, because at the very least we are going to ask the Court to order that those payments be refunded. I hope you will agree to withdraw the subpoenas and to provide the information above immediately; otherwise, we intend to ask the Court to order you to provide it.

Given the imminent deadline created by your illegitimate subpoenas, we need answers to these questions immediately, because we feel we need to move promptly for a ruling from Judge Godbey. We intend to ask Judge Godbey to order you to provide a sworn accounting of your actions as described above. And, in the meantime, we have in mind to ask the Court to order you to contact every ISP to whom you have sent a subpoena in this case to tell them that the subpoenas have been withdrawn, to order you to cease making use of any identifying information you have received, and to stop communicating with our clients unless we give you permission to do so or pending further order of the Court.

Please contact me immediately to tell me whether you will promptly withdraw the subpoenas, provide the information requested, and consent to this proposed order.

Sincerely yours,

Paul Alan Levy

**From:**      evan stone <evan@wolfe-stone.com>
**To:**        Paul Levy <plevy@citizen.org>
**Date:**      1/29/2011 3:28:05 PM
**Subject:**   Re: Mick Haig v Does

Your hubris never ceases to amaze me, Paul. I realize you have to zealously defend "your clients" even when they are not the clients you've chosen, but taking up the mantle of defending BitTorrent pirates in the same fashion as your more traditional clients denigrates all the former work you've done defending actual speech. What's more, your demonization of me is completely unfounded.

I thought you would have realized this when I let one of your previous clients off on your word alone. He, like many others in my cases, have gotten a free pass or nearly free pass at minimal effort. Many simply send in a sworn affidavit. I routinely drop my claims against active duty servicemen, the disabled, the elderly and the seemingly computer illiterate. It's all about communication, but you aren't even willing to let that occur.

I'm not an unreasonable attorney, Paul, and I have the lowest demands of anyone involved in similar litigation. I'm not exploiting people for profit. I'm not preying upon a person's potential sense of embarrassment over what content they pirate. I'm merely taking a stand against the most egregious form of online piracy to have ever existed: BitTorrent piracy.

What's more, your misappropriation of the "patent troll" concept is growing ever more tiresome. If I were representing copyright holders who hid their creations in a desk drawer until someone created a substantially similar work, then yes, I would be a copyright troll. But that's not the case, here. Unlike real IP trolls, I represent clients who are *actively* trying to market their content in the face of rampant piracy.

How can you expect to have a reasonable conversation with me after all these personal attacks?

It's hardly in your clients' best interests to pursue sanctions against me at this point, but I'm sure you'll do it anyway since this has become so personal for you. Either way, you're not going to stop my clients from seeking justice so long as their content is being pirated. If you honestly care about intellectual property rights and honestly want this type of litigation to stop, you should be doing more to stop the piracy itself.

Levy Affidavit
Exhibit 4

Regards,
Evan Stone
The Law Offices of Evan Stone
469-248-5238

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information
intended for the exclusive use of the individual or entity to whom it is
addressed and may contain information that is proprietary, privileged,
confidential and/or exempt from disclosure under applicable law. If you are
not the intended recipient, you are hereby notified that any viewing,
copying, disclosure or distribution of this information may be subject to
legal restriction or sanction. Please notify the sender, by electronic mail
or telephone, of any unintended recipients and delete the original message
without making any copies.

On Fri, Jan 28, 2011 at 8:35 PM, Paul Levy <plevy@citizen.org> wrote:

> Your filing today was a good first step, but I trust you are aware that
> voluntary dismissal does not deprive a district court of jurisdiction to
> consider whether sanctions are appropriate.  We will not be seeking attorney
> fees, so there is no safe harbor provision applicable here.
>
> Before we file, we need answers to the questions I posed in my letter.  We
> will need them under oath.
>
> I look forward to discussing the situation with you at the beginning of
> next week.
>
> Paul Alan Levy
> Public Citizen Litigation Group
> 1600 - 20th Street, N.W.
> Washington, D.C. 20009
> (202) 588-1000
> http://www.citizen.org/litigation
>

CC:          <justin@wolfe-stone.com>, Corynne McSherry
<corynne@eff.org>, Matt Zimmerman <mattz@eff.org>

**December 30, 2010**

**READ AT ONCE**

COURT-DIRECTED NOTICE
REGARDING ISSUANCE OF SUBPOENA
SEEKING DISCLOSURE OF YOUR IDENTITY

Verizon Online, as your Internet Service Provide, recently received a legal document called a subpoena. Absent action by you, the subpoena requires us to disclose your name, address and other information. The subpoena was issued pursuant to a Court Order in a lawsuit pending in the United States District Court for the Northern District of Texas.

The Plaintiffs have filed a lawsuit alleging that various people have perhaps infringed their copyrights by illegally downloading and/or distributing a movie. However, the Plaintiffs do not know the actual names or addresses of these people – only the Internet Protocol address ("IP address") of the computer associated with the allegedly illegal activity.

Accordingly, Plaintiffs have filed lawsuits against so-called anonymous "John Doe" defendants and issued subpoenas to determine the identity of these people (the so-called "John Does." The Plaintiffs have asked us to disclose your identification information to them, including your name, current (and permanent) addresses, and your email address and Media Access Control number. Enclosed is a copy of the subpoena seeking your information and the exhibit page containing the IP address that has been associated with your computer and showing the date and time you are alleged to have used the Internet to download or upload the particular movie. (The plaintiffs will have to prove that you illegally used the internet to download or upload the particular movie. We do not have records that would prove or disprove that fact; we simply have records that show that an IP address was assigned to a specific customer at a specific time. It may be that someone else, for a variety of reasons, was using the IP address).

This is a civil lawsuit, not a criminal case. You have not been charged with any crime. If the Plaintiffs receive your information from your Internet Service Provider, you will likely be added as a named defendant to their lawsuit.

INFORMATION ABOUT YOU HAS NOT YET BEEN DISCLOSED,
BUT IT WILL BE DISCLOSED IN 30 DAYS IF YOU DO NOT
CHALLENGE THE SUBPOENA.

Your identifying information has not yet been disclosed to the Plaintiffs.

This notice is intended to inform you of some of your rights and options. It does not provide legal advice. We cannot advise you about what grounds exist, if any, to challenge this subpoena. If you would like legal advice you should consult an attorney. Within this notice you will find a list of resources that may help you locate an attorney and decide how to respond to the subpoena or lawsuit

If you want to prevent being identified, you have 30 days from the date of this notice to file a motion to quash or vacate the subpoena and notify Verizon Online that you have done so. You must also notify your ISP. If you need more than 30 days to file such a motion or find a lawyer to assist you, you can file a motion asking for an extension of time; you should notify

# Levy Affidavit
# Exhibit 5

Verizon Online if you file a motion asking for more time.  The appropriate address to send such notices to Verizon is:

Verizon Legal Compliance
Custodian of Records
P.O. Box 1001
San Angelo, TX 76902

*Fax Number:* 325-949-6916

      If you provide us with notice that you filed a motion to quash the subpoena, your identity will not be disclosed until the court makes a decision on your motion.  If you do nothing, then after 30 days we are compelled to send the Plaintiff your name, address, email address, telephone number, and your modem's Media Access Control number.

      You may wish to obtain an attorney to advise you on these issues or to help you take action.

      To help you find a lawyer, the American Bar Association's attorney locator can be found on the Internet at http://www.abanet.org/lawyerlocator/searchlawyer.html

      The Electronic Frontier Foundation is an organization that seeks to protect the rights of Internet users.  They have created a website that lists attorneys who have volunteered to consult with people in your situation and contains further information about the lawsuit that has been filed against you as well as similar lawsuits:

      https://www.eff.org/issues/file-sharing/subpoena-defense

      If you are interested in discussing this matter with the Plaintiff's attorneys, you may contact them by telephone at (469)-248-5238, by email at lawoffice@wolf-stone.com.  But please understand that these lawyers represent the company that is trying to sue you.  They can speak with you about settling the lawsuit, if you wish to consider that.  At the same time, you must be aware that if you contact them they may learn your identity, and that anything you say to them can later be used against you in court.

      You should not call the Court.

      Again, you may wish to retain an attorney to discuss these issues and your options.

Issued by the

# UNITED STATES DISTRICT COURT

| Northern | | Texas |
|---|---|---|
| | DISTRICT OF | |

Mick Haig Productions, e.K.

**SUBPOENA IN A CIVIL CASE**

V.

DOES 1 - 670

Case Number:[1]   3:10-cv-01900-N

TO:  Verizon Legal Compliance, TXD01613
P.O. Box 1001
San Angelo, TX 76902
Fax: 325-949-6916

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| ، | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Information, including name, addresses, telephone numbers, e-mail address and Media Control Addresses, sufficient to identify and contact all persons whose IP addresses are included in the attached spreadsheet. Note that I am happy to provide this list in whatever format is most convenient for you.

| PLACE    Evan Stone, Esq.<br>624 W. University Dr., #386, Denton, TX 76201 | DATE AND TIME<br>12/1/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *E. F. Stone*           Counsel for Plaintiff | 10/22/10 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Evan Stone,                                                    lawoffice@wolfe-stone.com
624. W. University Dr., #386, Denton, TX  76201        469-248-5238

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.