IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICK HAIG PRODUCTIONS, E.K., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-CV-1900-N |
| DOES 1-670, | § § | |
| Defendants. | § § | |

### ORDER

This Order addresses in part the Doe Defendants' motion for sanctions [10]. The Court grants preliminary relief for the Doe Defendants and orders counsel for Plaintiff Mick Haig Productions, e.K., to disclose all actions taken by him in connection with issuing subpoenas, including but not limited to the disclosure of: (1) any communications with or materials produced by any Internet Service Provider; (2) any issued subpoena and accompanying documents; (3) any communications with the Defendant Does or their representatives, excluding the attorneys ad litem previously appointed by this Court; (4) any communications concerning settlement; (5) any funds received from or on behalf of any Doe Defendant. The Court orders counsel for Mick Haig to file his response under seal within fourteen (14) days of the date of this Order.

Signed April 1, 2011.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE