IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICK HAIG PRODUCTIONS, E.K., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| DOES 1-670 | § | C.A. NO.: 3:10-cv-01900-N |
| | § | |
| Defendants. | § | |

### EVAN STONE'S NOTICE OF APPEAL

Notice is hereby given that Evan Stone, a subject of a sanctions motion filed by attorneys ad litem *after* termination of their ad litem appointment, appeals now to the United States Court of Appeals for the Fifth Circuit from the sanctions order entered September 9, 2011 (Dkt. 17), which finally disposes of the only remaining issue in this case.

                                                Respectfully Submitted,

                                                s/ *E. F. Stone*
                                                Evan Stone, Pro Se Appellant
                                                State Bar No. 24072371
                                                624 W. University Dr., #386
                                                Denton, Texas 76201
                                                Office: 469-248-5238
                                                e-mail: lawoffice@wolfe-stone.com

**Certificate of Service**

I certify that a copy of this Notice of Appeal was served on former attorneys ad litem by e-mail through the Court's ECF notification system on October 9, 2011.

_E. F. Stone_