| **Matt Zimmerman** | | |
|---|---|---|
| *Description of Work* | Hours | Date |
| Legal research re: sanctions standards, consult with co-counsel by e-mail regarding motion, draft sanctions motion and related filings. | 4.25 | 2/7/11 |
| Draft and edit sanctions motion and related filings, consult with co-counsel by e-mail regarding motion. | 5.75 | 2/8/11 |
| Edit sanctions motion and related filings, consult with co-counsel by e-mail regarding motion. | 3.00 | 2/9/11 |
| Edit sanctions motion and related filings, consult with co-counsel by e-mail regarding motion. | 1.75 | 2/10/11 |
| Edit sanctions motion and related filings, consult with co-counsel by e-mail regarding motion, file motion. | 2.25 | 2/11/11 |
| Total | 17.00 | |
| | | |
| x$234/hr. = | $3,978 | |

| **Paul Alan Levy** | | |
|---|---|---|
| *Description of Work* | Hours | Date |
| Contact Comcast about report from Doe. | 0.10 | 1/22/11 |
| Communicate w/Doe re Stone demand. | 0.10 | 1/23/11 |
| Communicate w/Comcast re Stone demand. | 0.20 | 1/24/11 |
| Talk re Stone demand. | 0.30 | 1/25/11 |
| Talk Comcast re Stone overreach. | 0.40 | 1/25/11 |
| Exchange with Stone consult co-coun. | 0.10 | 1/29/11 |
| Edit sanctions memo. | 1.50 | 2/9/11 |
| Draft Levy affidavit sanc mot. | 1.20 | 2/9/11 |
| Edit sanctions memo | 3.00 | 2/10/11 |
| Final edit/proof/tables/filing of sanctions papers. | 0.50 | 2/11/11 |
| Total | 7.40 | |
| | | |
| x$234/hr. = | $1,732 | |

**Total (Zimmerman + Levy) =**          $5,710