UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

MICK HAIG PRODUCTIONS, E.K., )
)
         Plaintiff )
)
v. ) Case No. 3:10-cv-01900-N
)
DOES 1-670, )
)
         Defendants. )

**SUPPLEMENTAL AFFIDAVIT OF PAUL ALAN LEVY ON ATTORNEY FEES**

1. My name is Paul Alan Levy. The Court appointed me as one of the counsel ad litem for the Doe defendants in this case.

**Hourly Rate**

2. A copy of pages from the 2010 National Law Journal survey of hourly rates charges by firms around the country is attached as Exhibit 4 (for ease of reference, the exhibit numbers are sequential to the exhibits attached to my first fee affidavit).

3. An excerpt from the 2009 Report of the Economic Survey, released on a biennial basis by the American Intellectual Propoerty Lawyers Association, is attached as Exhibit 5.

**Hours Expended**

4. My time records reflect the following time spent on this case since ad litem counsel filed our application for a certain amount of attorney fees:

| Date | Time | Service |
|---|---|---|
| 10/10/11 | .8 | Discuss appealability w/co-coun/PCLG; plan response |
| 10/17 | .7 | Review Stone brief, check rate evid, draft reply brief on amt of fees |

| | | |
|---|---|---|
| 10/18 | 1.3 | Resch fee law and jur during premature appeal; edit reply |
| 10/20 | .9 | Rvw MZ comments, discuss MZ, edit reply, draft supp aff |
| TOTAL | 3.7 | |

The time spent on October 10 relates to Mr. Stone's appeal rather than the sanctions motion in this Court, however. Consequently, at this time Public Citizen is only seeking an additional $1,885 (2.9 hours times $650 per hour) for my work in connection with the motion for an award of sanctions.

    Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2011.

    /s/ Paul Alan Levy
    Paul Alan Levy

*Private Firm, Partner*

Average hourly billing rate in 2008 (Q33)

*Private Firm, Partner*

| | | What was your average hourly billing rate in 2008? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 752 | $447 | $325 | $420 | $559 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 9 | $264 | $210 | $275 | $320 |
| | 5-6 | 17 | $300 | $250 | $300 | $345 |
| | 7-9 | 67 | $329 | $260 | $300 | $380 |
| | 10-14 | 186 | $429 | $325 | $400 | $530 |
| | 15-24 | 279 | $467 | $350 | $445 | $570 |
| | 25-34 | 118 | $472 | $375 | $450 | $581 |
| | 35 or More | 71 | $548 | $400 | $575 | $700 |
| Location | Boston CMSA | 42 | $539 | $466 | $573 | $639 |
| | NYC CMSA | 59 | $566 | $450 | $575 | $700 |
| | Philadelphia CMSA | 28 | $442 | $400 | $438 | $483 |
| | Washington, DC CMSA | 122 | $506 | $400 | $500 | $601 |
| | Other East | 29 | $333 | $275 | $300 | $385 |
| | Metro Southeast | 22 | $442 | $348 | $438 | $513 |
| | Other Southeast | 21 | $372 | $293 | $350 | $395 |
| | Chicago CMSA | 50 | $445 | $379 | $428 | $521 |
| | Minne.-St. Paul PMSA | 33 | $393 | $325 | $365 | $448 |
| | Other Central | 127 | $329 | $270 | $310 | $375 |
| | Texas | 61 | $472 | $338 | $450 | $590 |
| | Los Angeles CMSA | 32 | $503 | $371 | $505 | $619 |
| | San Francisco CMSA | 54 | $564 | $469 | $578 | $660 |
| | Other West | 72 | $372 | $295 | $358 | $429 |
| IP Technical Specialization (>=50%) | Biotechnology | 43 | $443 | $305 | $410 | $580 |
| | Chemical | 66 | $431 | $310 | $400 | $531 |
| | Computer Hardware | 11 | $516 | $425 | $490 | $575 |
| | Computer Software | 43 | $418 | $345 | $400 | $485 |
| | Electrical | 78 | $473 | $350 | $450 | $583 |
| | Mechanical | 191 | $391 | $300 | $365 | $475 |
| | Other areas | 7 | $449 | $300 | $365 | $675 |
| Age | Younger than 35 | 15 | $333 | $250 | $300 | $445 |
| | 35-39 | 71 | $377 | $275 | $335 | $460 |
| | 40-44 | 170 | $405 | $300 | $375 | $490 |
| | 45-49 | 158 | $446 | $340 | $423 | $550 |
| | 50-54 | 118 | $460 | $354 | $444 | $550 |
| | 55-59 | 86 | $496 | $375 | $478 | $601 |
| | 60 or Older | 132 | $511 | $382 | $513 | $625 |
| Gender | Male | 686 | $450 | $325 | $423 | $560 |
| | Female | 62 | $421 | $300 | $400 | $553 |
| Highest Non-Law Degree | Bachelor's Degree | 493 | $443 | $323 | $410 | $550 |
| | Master's Degree | 154 | $445 | $344 | $408 | $550 |
| | Doctorate Degree | 46 | $443 | $309 | $400 | $565 |
| Ethnicity | White/Caucasian | 683 | $449 | $325 | $425 | $560 |
| | Black/African American | 4 | $531 | $319 | $563 | $713 |
| | Hispanic/Latino | 9 | $428 | $314 | $400 | $548 |
| | Asian/Pacific Islander | 28 | $436 | $339 | $423 | $543 |
| | North American Indian/Native Canadian | 1 | ISD | ISD | ISD | ISD |
| | Blended | 6 | $327 | $254 | $290 | $419 |
| | Other | 9 | $362 | $298 | $390 | $420 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 52 | $317 | $253 | $300 | $375 |
| | 3-5 | 79 | $337 | $275 | $325 | $400 |
| | 6-10 | 92 | $358 | $292 | $330 | $400 |
| | 11-25 | 139 | $406 | $300 | $381 | $470 |
| | 26-50 | 125 | $454 | $350 | $425 | $553 |
| | 51-100 | 134 | $533 | $439 | $525 | $605 |
| | 101-150 | 48 | $574 | $480 | $590 | $674 |
| | More than 150 | 74 | $599 | $499 | $598 | $696 |

Levy Affidavit
Exhibit 5

BILLING SURVEY

# A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2010 survey of the nation's 250 largest law firms to provide a range of hourly billing rates. Firms that supplied the information are listed in alphabetical order. Non-NLJ 250 firms appear separately.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE |
| Adams and Reese | New Orleans | 265 | $265 | $270 | $550 | $250 | $344 | $340 | $290 | $195 | $229 |
| Alston & Bird | Atlanta | 786 | $515 | $505 | $865 | $450 | $627 | $615 | $590 | $270 | $405 |
| Archer & Greiner | Haddonfield, N.J. | 176 | | | $560 | $305 | | | $340 | $175 | |
| Arent Fox | Washington | 329 | | | $765 | $400 | | | $475 | $240 | |
| Armstrong Teasdale | St. Louis | 233 | | | $475 | $300 | | | $325 | $200 | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 552 | $312 | $305 | $595 | $255 | $357 | $348 | $320 | $165 | $231 |
| Barnes & Thornburg | Indianapolis | 494 | $367 | $375 | $613 | $298 | $416 | $415 | $355 | $225 | $260 |
| Benesch, Friedlander, Coplan & Aronoff | Cleveland | 161 | $315 | | $575 | $350 | $335 | | $360 | $195 | $245 |
| Best Best & Krieger | Riverside, Calif. | 183 | | | $550 | $310 | | | $395 | $225 | $353 |
| Blank Rome | Philadelphia | 472 | $510 | $495 | $855 | $440 | $615 | $625 | $550 | $250 | $361 |
| Bond, Schoeneck & King | Syracuse, N.Y. | 199 | $260 | $255 | $475 | $220 | $309 | $330 | $280 | $160 | $208 |
| Bingham and Morgan | Minneapolis | 190 | $373 | $390 | $600 | $290 | $437 | $440 | $315 | $210 | $240 |
| Broad and Cassel | Orlando, Fla. | 160 | $307 | $295 | $475 | $260 | $372 | $375 | $350 | $175 | $248 |
| Brownstein Hyatt Farber Schreck | Denver | 248 | $391 | $380 | $810 | $295 | $463 | $448 | $360 | $200 | $256 |
| Bryan Cave | St. Louis | 928 | $464 | $450 | $790 | $370 | $553 | $540 | $550 | $185 | $345 |
| Buchalter Nemer | Los Angeles | 164 | $415 | $415 | $625 | $270 | $490 | $495 | $450 | $195 | $310 |
| Buchanan Ingersoll & Rooney | Pittsburgh | 423 | | | $900 | $310 | | | $465 | $210 | |
| Burr & Forman | Birmingham, Ala. | 256 | $328 | $330 | $500 | $210 | $361 | $365 | $335 | $200 | $250 |

Levy Affidavit
Exhibit 4

| Firm | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Carlton Fields | Tampa, Fla. | 275 | $388 | $450 | $775 | $325 | | | $270 |
| Cozen O'Connor | New York | 444 | $456 | $390 | $995 | $390 | $455 | $455 | $455 |
| Chadbourne & Parke | New York | 521 | $422 | $450 | $880 | $310 | $769 | $785 | $625 | $195 | $268 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 252 | $489 | $480 | $785 | $675 | $497 | $475 | $585 | $110 | $365 | $350 |
| Davis Wright Tremaine | Seattle | 491 | $355 | $366 | $795 | $320 | $669 | $675 | $290 | $210 | $304 | $305 |
| Dickinson Wright | Detroit | 230 | | | $575 | $355 | $486 | $480 | $435 | $175 | $222 | $218 |
| Dickstein Shapiro | Washington | 336 | $546 | $530 | $950 | $525 | $656 | $650 | $530 | $265 | $426 | $450 |
| Dinsmore & Shohl | Cincinnati | 402 | $302 | $290 | $590 | $220 | $360 | $355 | $300 | $180 | $285 | $270 |
| Dorsey & Whitney | Minneapolis | 578 | $410 | $395 | $795 | $440 | $515 | $515 | $275 | $180 | $349 | $350 |
| Duane Morris | Philadelphia | 629 | $483 | $483 | $850 | $240 | $550 | $545 | $290 | $135 | $285 | $320 |
| Dykema Gossett | Detroit | 333 | $445 | $450 | $635 | $360 | $495 | $515 | $480 | $225 | $325 | $320 |
| Eckert Seamans Cherin & Mellott | Pittsburgh | 329 | | $250 | $625 | $345 | $571 | $575 | $450 | $150 | $325 | $303 |
| Edwards Angell Palmer & Dodge | Boston | 505 | $451 | $450 | $780 | $350 | | $500 | $610 | $200 | $323 | $320 |
| Epstein Becker & Green | New York | 302 | $429 | $425 | $850 | $520 | | $515 | $450 | $180 | $325 |
| Fisher & Phillips | Atlanta | 238 | | $340 | $505 | | $654 | $640 | $360 | $220 | $425 | $325 |
| Fitzpatrick, Cella, Harper & Scinto | New York | 175 | | | $730 | $460 | | | $440 | $275 | $426 | $410 |
| Foley & Lardner | Milwaukee | 895 | $554 | $570 | $1,035 | $375 | $473 | $470 | $320 | $255 | $298 | $290 |
| Ford & Harrison | Atlanta | 176 | | | $620 | $315 | | $475 | $450 | $250 | $189 | $190 |
| Fox Rothschild | Philadelphia | 472 | $407 | $415 | $690 | $200 | $326 | $325 | $475 | $235 | $311 | $310 |
| Frost Brown Todd | Cincinnati | 404 | $279 | $280 | $515 | $380 | $531 | $525 | $445 | $150 | $450 |
| Gardere Wynne Sewell | Dallas | 270 | $445 | $450 | $815 | $390 | $479 | $475 | $290 | $180 | $275 |
| Gibbons | Newark, N.J. | 223 | $404 | $410 | $790 | $325 | | | $340 | $250 |
| Godfrey & Kahn | Milwaukee | 172 | | | $495 | $225 | | $580 | $450 | $195 | $289 | $275 |
| Gray Robinson | Orlando, Fla. | 250 | $279 | $280 | $750 | $275 | $326 | $325 | $315 | $200 |
| Greenberg Traurig | New York | 1,763 | | | $875 | $355 | $550 | | $610 | $140 | $332 | $350 |
| Harris Beach | Rochester, N.Y. | 176 | $453 | $480 | $500 | $275 | | | $250 | $250 |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | $311 | $275 | $650 | $195 | $348 | $305 | $440 | $150 | $234 | $195 |

THE NATIONAL LAW JOURNAL/WWW.NLJ.COM | DECEMBER 6, 2010

BILLING SURVEY

SAMPLING, FROM PAGE 12

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE AVERAGE | FIRMWIDE MEDIAN | PARTNER HIGH | PARTNER LOW | PARTNER AVERAGE | PARTNER MEDIAN | ASSOCIATE HIGH | ASSOCIATE LOW | ASSOCIATE AVERAGE | ASSOCIATE MEDIAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hodgson Russ | Buffalo, N.Y. | 197 | $328 | $320 | $665 | $230 | $374 | $370 | $410 | $175 | $238 | $230 |
| Holland & Knight | Washington | 942 | $418 | $425 | $850 | $300 | $499 | $495 | $480 | $185 | $288 | $280 |
| Holme Roberts & Owen | Denver | 192 | $355 | $345 | $635 | $285 | $415 | $410 | $530 | $170 | $295 | $285 |
| Husch Blackwell | St. Louis | 554 | $329 | $331 | $804 | $230 | $357 | $375 | $415 | $171 | $220 | $205 |
| Jackson Kelly | Charleston, W.Va. | 161 | | | $495 | $245 | | | $275 | $155 | | |
| Jackson Lewis | White Plains, N.Y. | 661 | $364 | $300 | $715 | $260 | $428 | $430 | $440 | $150 | $282 | $275 |
| Jones, Walker, Waechter, Poitevent, Carrère & Denègre | New Orleans | 302 | | | $620 | $195 | | | $275 | $140 | | |
| Kelley Drye & Warren | New York | 325 | $425 | $425 | $900 | $465 | $527 | $520 | $565 | $275 | $320 | $320 |
| Kilpatrick Stockton | Atlanta | 423 | $425 | $425 | $730 | $375 | $527 | $520 | $465 | $225 | $320 | $320 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 266 | $432 | $415 | $710 | $395 | $511 | $485 | $450 | $285 | $332 | $335 |
| Lane Powell | Seattle | 175 | $349 | $380 | $600 | $310 | $431 | $430 | $350 | $230 | $278 | $275 |
| Lathrop & Gage | Kansas City, Mo. | 286 | | | $490 | $255 | | | $265 | $180 | | |
| Lindquist & Vennum | Minneapolis | 184 | $330 | $350 | $650 | $290 | $415 | $410 | $410 | $235 | $230 | $230 |
| Littler Mendelson | San Francisco | 764 | $372 | $355 | $650 | $290 | $445 | $435 | $480 | $210 | $285 | $285 |
| Locke Lord Bissell & Liddell | Dallas | 642 | $486 | $515 | $1,120 | $400 | $599 | $600 | $525 | $215 | $320 | $300 |
| Loeb & Loeb | New York | 300 | | | $975 | $475 | | | $575 | $275 | | |
| Lowenstein Sandler | Roseland, N.J. | 238 | | | $825 | $440 | | | $575 | $235 | | |
| Manatt, Phelps & Phillips | Los Angeles | 320 | $568 | $590 | $850 | $525 | $651 | $650 | $525 | $200 | $405 | $410 |
| Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | 412 | | | $410 | $145 | | | $320 | $130 | | |
| Maynard, Cooper & Gale | Birmingham, Ala. | 212 | | | $600 | $325 | | | $295 | $235 | | |
| McCarter & English | Newark, N.J. | 382 | $355 | $400 | $825 | $360 | $498 | $485 | $405 | $215 | $313 | $315 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 269 | $210 | $225 | $550 | $295 | $280 | $260 | $275 | $150 | $190 | $185 |

| Firm | City | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| McKenna Long & Aldridge | Richmond, Va. | 872 | $355 | $450 | $630 | $325 | $543 | $535 | $600 | $220 | $350 | $185 |
| Michael Best & Friedrich | Atlanta | 429 | $455 | $410 | $775 | $375 | $540 | $525 | $490 | $220 | $355 |
| Miles & Stockbridge | Milwaukee | 214 | $346 | $345 | $650 | $235 | $400 | $390 | $320 | $190 | $230 |
| Moore & Van Allen | Baltimore | 223 | $328 | $325 | $695 | $325 | $361 | $365 | $350 | $180 | $239 |
| Müller & Martin | Chattanooga, Tenn. | 192 | $364 | $335 | $610 | $235 | $441 | $425 | $275 | $180 | $218 |
| Nelson Mullins Riley & Scarborough | Charlotte N.C. | 282 | $347 | $340 | $785 | $265 | $399 | $385 | $335 | $185 | $210 |
| Nexsen Pruet | Columbia N.C. | 400 | | $850 | $245 | | | $350 | | $250 |
| Nixon Peabody | Columbia, S.C. | 178 | | | | | | | | $257 |
| Ogletree, Deakins, Nash, Smoak & Stewart | New York | 682 | $429 | $430 | $905 | $375 | $613 | $625 | $580 | $195 | $388 | $240 |
| Patton Boggs | Greenville, S.C. | 485 | $351 | | $575 | $300 | $389 | $390 | $250 | $160 | $395 |
| Pepper Hamilton | Washington | 525 | $482 | $485 | $990 | $230 | $547 | $550 | $465 | $215 | $400 |
| Perkins Coie | Philadelphia | 458 | $326 | | $825 | $355 | $645 | $625 | $390 | $145 | $354 |
| Phelps Dunbar | Seattle | 683 | $447 | $485 | $825 | $275 | $534 | $530 | $570 | $200 | $183 |
| Phillips Lytle | New Orleans | 281 | $226 | $215 | $385 | $180 | $272 | $265 | $240 | $150 | $230 | $180 |
| Polsinelli Shughart | Buffalo, N.Y. | 177 | $255 | $260 | $535 | $260 | $352 | $350 | $450 | $185 | $283 |
| Quarles & Brady | Kansas City, Mo. | 500 | | | $600 | $250 | | | $325 | $185 |
| Roetzel & Andress | Milwaukee | 419 | $364 | $360 | $660 | $290 | $438 | $435 | $400 | $210 | $245 |
| Rotan & Tucker | Akron, Ohio | 215 | $317 | $325 | $525 | $225 | $357 | $350 | $325 | $165 | $245 |
| Saul Ewing | Costa Mesa, Calif. | 133 | $412 | $425 | $650 | $355 | $491 | $478 | $450 | $275 | $310 | $285 |
| Schulte Roth & Zabel | Philadelphia | 219 | | | $895 | $735 | | | $475 | $225 |
| Seyfarth Shaw | New York | 433 | | | $820 | $495 | $505 | $503 | $535 | $185 | $325 | $320 |
| Sheppard, Mullin, Richter & Hampton | Chicago | 704 | $377 | $375 | $770 | $335 | | | $620 | $270 |
| Shumaker, Loop & Kendrick | Los Angeles | 464 | | $350 | $800 | $250 | $366 | $365 | $535 | $185 | $246 | $235 |
| Smith, Gambrell & Russell | Toledo, Ohio | 210 | $331 | | $540 | $325 | | | $315 | $185 |
| Snell & Wilmer | Atlanta | 175 | | | $740 | | | | $440 | $195 |
| Steel Rives | Phoenix | 396 | $338 | $325 | $795 | $315 | $486 | $475 | $550 | $175 | $282 |
| Strasburger & Price | Portland, Ore. | 368 | $381 | $395 | $600 | $315 | $441 | $443 | $390 | $190 | $265 |
| Taft, Stettinius & Hollister | Dallas | 181 | $336 | $351 | $617 | $250 | $372 | $393 | $306 | $194 | $243 |
| | Cincinnati | 286 | $315 | $315 | $500 | $220 | $358 | $350 | $365 | $165 | $227 | $225 |

# BILLING SURVEY

SAMPLING, FROM PAGE 13

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE AVERAGE | FIRMWIDE MEDIAN | PARTNER HIGH | PARTNER LOW | PARTNER AVERAGE | PARTNER MEDIAN | ASSOCIATE HIGH | ASSOCIATE LOW | ASSOCIATE AVERAGE | ASSOCIATE MEDIAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson Coburn | St. Louis | 326 | | | $610 | $300 | | | $395 | $190 | $345 | |
| Thompson & Knight | Dallas | 328 | | | $825 | $410 | $563 | $550 | $440 | $265 | | $325 |
| Townsend and Townsend and Crew | San Francisco | 177 | $320 | $290 | $750 | $470 | | | $460 | $260 | | |
| Ulmer & Berne | Cleveland | 255 | $425 | $425 | $565 | $260 | | | $375 | $185 | | |
| Vedder Price | Chicago | 494 | $484 | $495 | $720 | $370 | $483 | $470 | $365 | $255 | $326 | $330 |
| Venable | Washington | 300 | $368 | $340 | $950 | $445 | $590 | $585 | $500 | $280 | $353 | $325 |
| Williams Mullen | Richmond, Va. | 264 | $395 | $315 | $645 | $315 | $428 | $395 | $370 | $230 | $279 | $280 |
| Winstead | Dallas | 899 | $486 | $490 | $655 | $340 | $462 | $390 | $390 | $215 | $291 | $291 |
| Winston & Strawn | Chicago | 503 | $372 | $375 | $1,075 | $475 | $670 | $660 | $610 | $250 | $393 | $375 |
| Womble Carlyle Sandridge & Rice | Winston Salem, N.C. | 186 | | | $625 | $300 | $461 | $465 | $445 | $210 | $285 | $285 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | | | | $500 | $245 | | | $285 | $180 | | |
| **NON-NLJ 250 FIRMS** | | | | | | | | | | | | |
| Brinks Hofer Gilson & Lione | Chicago | 149 | $435 | $435 | $725 | $345 | $541 | $560 | $420 | $195 | $308 | $285 |
| Fowler White Boggs | Tampa, Fla. | 127 | $350 | $370 | $575 | $325 | $400 | $388 | $315 | $205 | $250 | $255 |
| Lewis, Rice & Fingersh | St. Louis | 157 | | | $460 | $260 | | | $315 | $150 | | |
| Luce, Forward, Hamilton & Scripps | San Diego | 143 | | | $670 | $350 | | | $445 | $245 | | |
| McAndrews, Held & Malloy | Chicago | 102 | | | $675 | $260 | | | $350 | $225 | $284 | |
| Montgomery, McCracken, Walker & Rhoads | Philadelphia | 117 | | | $625 | $380 | $461 | | $395 | $205 | | |
| Morris, Manning & Martin | Atlanta | 135 | $424 | $415 | $760 | $425 | $492 | $490 | $545 | $225 | $353 | $360 |
| Schwabe, Williamson & Wyatt | Portland, Ore. | 158 | $350 | $340 | $540 | $310 | $415 | $410 | $450 | $200 | $260 | $250 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICK HAIG PRODUCTIONS, E.K., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-670 <br><br> Defendant. | CA. 3:10-cv-01900-N |

**SUPPLEMENTAL AFFIDAVIT OF MATTHEW ZIMMERMAN IN SUPPORT OF**
***AD LITEM* COUNSEL'S PETITION FOR ATTORNEY'S FEES AND EXPENSES**

1. I am an *ad litem* counsel for the Defendants in this matter and a member in good standing of the California State Bar. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. My 2011 hourly rate, which is the hourly rate for purposes of this matter, is $550.00 per hour.

3. I now estimate the hours spent, in addition to my previous affidavit submitted on October 7th, 2011, to be as follows:

1

| Date | Task | Hours |
|---|---|---|
| 19-Oct-11 | Research fee standard; draft and edit reply in support of fee petition and related declarations. | 1.25 |
| 20-Oct 11 | Edit and finalize reply and related declarations. | 0.50 |
| | Total hours: | 1.75 |

4. Including time submitted here and in my affidavit of October 7, 2011, I spent no fewer than 32.25 hours in bringing the motion for sanctions, subsequent fee petition, and reply in support of the fee petition. At my hourly rate of $550 per hour, my total fees are now $17,737.50.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed October 20, 2011, in San Francisco, California.

/s/ *Matthew Zimmerman*
Matthew Zimmerman

2