

evan stone &lt;evan@wolfe-stone.com&gt;

# Activity in Case 3:10-cv-01900-N Mick Haig Productions, e.K. v. Does 1-670 Order on Motion to Expedite

ecf_txnd@txnd.uscourts.gov &lt;ecf_txnd@txnd.uscourts.gov&gt;  Fri, Oct 22, 2010 at 9:46 AM
To: Courtmail@txnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov.**

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 10/22/2010 at 9:46 AM CDT and filed on 10/21/2010
**Case Name:**     Mick Haig Productions, e.K. v. Does 1-670
**Case Number:**   3:10-cv-01900-N
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER granting [2] Motion to Expedite Discovery. Plaintiff Mick Haig is directed to serve a copy of this Order on each affected ISP. The ISPs have thirty (30) days from the date of this Order to respond to the Discovery Motion, if they desire to do so. (see order) (Ordered by Judge David C Godbey on 10/21/2010) (mcr)**

3:10-cv-01900-N Notice has been electronically mailed to:

Evan F Stone  evan@wolfe-stone.com

**If you are no longer an active participant in this case and you want electronic noticing to be turned off so that you will stop receiving filing notices, click here, then click on "Ask a Question."**

**3:10-cv-01900-N Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=10/22/2010] [FileNumber=5151855-0] [801e6484bd8a1fe141c55e9989787d0b5696fb27cf61fd4dc72480d2601e35906d 192f7aa8fd9703ab1c69481eef84a50d72f7434f431b67d45547c521381e79]]