

evan stone <evan@wolfe-stone.com>

# Activity in Case 3:10-cv-01900-N Mick Haig Productions, e.K. v. Does 1-670 Order on Motion to Expedite

**Evan Stone <evan@wolfe-stone.com>**            Fri, Oct 22, 2010 at 10:39 AM
To: Malte Dinkela

Malte,

This is a strange situation. Notice that the docket text of the e-mail states, "Order *granting* Motion to Expedite Discovery" but the body of the Order indicates that the ISPs have 30 days to dispute the Motion. I have never seen a judge take this approach before...

Since there is already a mechanism in place to dispute discovery (i.e. a Motion to Quash) and since the docket text says "granting" I am going to go ahead and begin sending subpoenas as usual. The major service providers will probably comply as they always do. If there are any problems, I will let you know.


Regards,
Evan Stone
The Law Offices of Evan Stone
469-248-5238

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

[Quoted text hidden]

📄 **Order on Discovery Motion.pdf**
131K