UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MICK HAIG PRODUCTIONS, E.K., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 3:10-cv-01900-N |
| | ) |
| DOES 1-670, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF PAUL ALAN LEVY**

1. My name is Paul Alan Levy. The Court appointed me as one of the counsel ad litem for the Doe defendants in this case.

2. The following table lists the 2.6 hours that I spent on the opposition to the motion for a stay pending appeal and motion for contempt sanctions:

| Date | Time | Service |
|---|---|---|
| 10/26/11 | 1.4 | Draft opp to stay, motion for contempt |
| 1/27 | .3 | Resch d ct jur during app |
| 1/28 | .9 | Rvw MZ edits, integrate |
| TOTAL | 2.6 | |

3. Given the $650 per hour rate that is documented in my previous affidavit, the attorney fee Public Citizen seeks for time spent on the accompanying motion for contempt sanctions is $1690.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2011.

/s/ Paul Alan Levy
Paul Alan Levy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICK HAIG PRODUCTIONS, E.K., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-670 <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CA. 3:10-cv-01900-N ) ) ) ) ) |

### AFFIDAVIT OF MATTHEW ZIMMERMAN

1. I am an *ad litem* counsel for the Defendants in this matter and a member in good standing of the California State Bar. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. My 2011 hourly rate, which is the hourly rate for purposes of this matter, is $550.00 per hour.

3. My time spent on the response to the motion for stay and motion for contempt sanctions is as follows:

1

| Date | Task | Hours |
|---|---|---|
| 24-Oct-11 | Confer with co-counsel re: response to motion for stay and motion for contempt sanctions; draft response. | 1.25 |
| 28-Oct-11 | Confer with co-counsel regarding filing; draft and edit response. | 2.50 |
| | Total hours: | 3.75 |

4. At my hourly rates, my additional fees for time spent working on the response to the motion for stay and motion for contempt sanctions are $2,062.50.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed October 29, 2011, in San Francisco, California.

/s/ *Matthew Zimmerman*
Matthew Zimmerman