# United States District Court
# Northern District of Texas
# Office of the Clerk

Dallas Division

Feb 6, 2012

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:  11-10977/3:10-cv-01900-N Mick Haig Productions, e.K. v. Does 1-670

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☐ Record on appeal or     ☐ Supplemental record on appeal
   consisting of    1    volumes of the record and/or any of the items indicated below:

|  | Volume(s) of the transcript |  | Volume(s) of depositions |
|---|---|---|---|
|  | Container(s) of exhibits |  | Folder(s) of State Court Papers |
|  | Sealed documents |  | Audio Visual Tapes |
|  | PSI and SOR page Sealed |  |  |

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By: s/ S VanCamp

Deputy Clerk