# United States District Court
# Northern District of Texas
# Office of the Clerk

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT: _____

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☐ Record on appeal or      ☐ Supplemental record on appeal
  consisting of _____ volumes of the record and/or any of the items indicated below:

| _____ Volume(s) of the transcript | _____ Volume(s) of depositions |
| _____ Container(s) of exhibits | _____ Folder(s) of State Court Papers |
| _____ Sealed documents | _____ Audio Visual Tapes |
| _____ PSI and SOR page Sealed | |

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By: _____
    Deputy Clerk