# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

3:10 CV 1900

No. 11-10977

MICK HAIG PRODUCTIONS E.K.,

    Plaintiff

v.

DOES 1-670,

    Defendants - Appellees

v.

EVAN STONE

    Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 8 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's opposed motion for a stay of sanctions pending appeal is GRANTED. Sanctions and further proceedings below are hereby STAYED until further order of the Court. Further, by order of the Court, this appeal has been EXPEDITED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 02, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-10977    Mick Haig Productions e.K. v. Does 1-670, et al  
           USDC No. 3:10-CV-1900

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Steve A. Totora, Deputy Clerk  
                          504-310-7667

Mr. Paul Alan Levy  
Ms. Karen S. Mitchell  
Mr. Evan F. Stone  
Mr. Matthew Zimmerman

[Stamp: RECEIVED BY ____ FEB -8 2012 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS]